| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Texas** |
| Case number *(if known)* _____   Chapter **7** |

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ■ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   Cogent Energy Services, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ■ Unknown
   _____
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | **134 Park Laureate Drive** | **24 Frank Lloyd Wright Drive, Suite H3225** |
   | Number   Street | Number   Street |
   | | **PO Box 484** |
   | | P.O. Box |
   | **Houston TX 77024-0000** | **Ann Arbor MI 48106-0000** |
   | City   State   Zip Code | City   State   Zip Code |
   | | **Location of principal assets, if different from principal place of business** |
   | **Harris** | |
   | County | Number   Street |
   | | |
   | | City   State   Zip Code |

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)

Debtor **Cogent Energy Services, LLC**     Case number *(if known)* _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed __/__/____ Case number, if known _____

Debtor _____ Relationship _____
District _____ Date filed __/__/____ Case number, if known _____

## Part 3: Report About the Case

**10. Venue** *Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Sunstate Equipment Co., LLC | Judgment | $27,984.05 |
| | | $ |
| | | $ |
| Westair Gases & Equipment, Inc. | Judgment | $206,289.17 |
| | | $ |
| | | $ |
| Vallen Distribution, Inc. dba | Judgment | $20,155.2 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $254,428.42 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

Official Form 205     Involuntary Petition Against a Non-Individual     page 2

Debtor: **Cogent Energy Services, LLC**   Case number *(if known)*:

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Sunstate Equipment Co., LLC
5552 E Washington Street
Phoenix AZ 85034-0000

**Name and mailing address of petitioner's representative, if any**
Marc L. Ellison
Totz Ellison & Totz, P.C.
2211 Norfolk, Suite 510
Houston TX 77098-0000

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 09/22/2023

*Signed:* Marc L. Ellison
DocuSigned by: 6E499974F9F9417...
Signature of petitioner or representative, including representative's title

**Attorneys**
Tara T. LeDay
Chamberlain Hrdlicka White Williams & Aughtry, P.C.
1200 Smith Street, Suite 1400
Houston TX 77002-0000
Contact phone: 713.654.9648
Email: tara.leday@chamberlainlaw.com
Bar number: 24106701
State: TX

DocuSigned by: F5F21DDF6379463...
Signature of attorney
Date signed: 09/22/2023

---

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Westair Gases & Equipment, Inc.
117 South Texas Avenue
Odessa TX 79761-0000

**Name and mailing address of petitioner's representative, if any**
Adam R. Diamond
Clark Hill
1000 Louisiana Street, Suite 2800
Houston TX 77002-0000

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 09/22/2023

**Attorneys**
Tara T. LeDay
Chamberlain Hrdlicka White Williams & Aughtry, P.C.
1200 Smith Street, Suite 1400
Houston TX 77002-0000
Contact phone: 713.654.9648
Email: tara.leday@chamberlainlaw.com
Bar number: 24106701
State: TX

DocuSigned by: F5F21DDF6379463...
Signature of attorney

| Debtor | **Cogent Energy Services, LLC** | Case number *(if known)* | |
|---|---|---|---|

*[Signature: Adam R. Diamond — DocuSigned, 142D1907DC5943A...]*

Date signed: **09/22/2023**
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**
**Vallen Distribution, Inc. dba Tommy White Supply and TWS**
Name

**2100 The Oaks Parkway**
Number     Street
**Belmont NC 28012-0000**
City           State           Zip Code

**Name and mailing address of petitioner's representative, if any**
**Mark L. Ellison**
Name

**Totz Ellison & Totz, P.C.**
**2211 Norfolk, Suite 510**
Number     Street
**Houston TX 77098-0000**
City           State           Zip Code

I declare under penalty of perjury that the foregoing is true and correct. Executed on
**09/22/2023**
MM / DD / YYYY

*[Signature: Marc L. Ellison — DocuSigned, 6E499974F9F9417...]*

Signature of petitioner or representative, including representative's title

**Tara T. LeDay**
Printed name

**Chamberlain Hrdlicka White Williams & Aughtry, P.C.**
Firm name, if any
**1200 Smith Street, Suite 1400**
Number     Street
**Houston TX 77002-0000**
City           State           Zip Code

Contact phone **713.654.9648**   Email **tara.leday@chamberlainlaw.com**

Bar number **24106701**

State **TX**

*[Signature — DocuSigned, F5F21DDF6379463...]*
Signature of attorney

Date signed **09/22/2023**
MM / DD / YYYY